UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN WEGMANN,<br><br>                Plaintiff,<br><br>                -v.-<br><br>YOUNG ADULT INSTITUTE, INC. and TRUSTEES OF THE SUPPLEMENTAL PENSION PLAN FOR CETAIN MANAGEMENT EMPLOYEES OF YOUNG ADULT INSTITUTE,<br><br>                Defendants. | 15 Civ. 3815 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In light of the United States Court of Appeals for the Second Circuit's disposition of the appeal in this case, the parties are hereby ORDERED to appear for a telephonic conference on **December 3, 2021, at 4:00 p.m.**, to discuss the remaining issue of attorney's fees in this case. At the scheduled time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note that the conference will not be available until 4:00 p.m.

    SO ORDERED.

Dated:    October 8, 2021
               New York, New York

                                                        KATHERINE POLK FAILLA
                                                        United States District Judge