

Counseling and Advising Clients Exclusively on Laws of the Workplace

Zabell & Collotta, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel.  631-589-7242
Fax. 631-563-7475
www.Laborlawsny.com

Saul D. Zabell, Esq.
Email: SZabell@laborlawsny.com

November 30, 2021

<u>VIA</u> ELECTRONIC CASE FILING

The Honorable Katherine P. Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

Re:  Karen Wegmann v. Young Adult Institute, Inc., et al.
     Case No. 1:15-CV-03815 (KPF)

Your Honor:

We are counsel for Plaintiff, Karen Wegmann, in the above-referenced matter. This application is submitted jointly with counsel for Defendants. We jointly request that the conference scheduled for Friday December 3, 2021, before Your Honor be cancelled as the parties have entered into the attached stipulation regarding fees in this matter.

Counsel remains available should the Court require additional information concerning this joint submission.

Respectfully submitted,

ZABELL & COLLOTTA, P.C.

Saul D. Zabell

cc:  Client
     Counsel of record (*via* Electronic Case Filing)

---

Application GRANTED. The Court is pleased to hear of the parties' agreement on the issue of attorneys' fees. The conference scheduled for December 3, 2021, is hereby ADJOURNED *sine die*. The Clerk of Court is directed to terminate the pending motion at docket entry 179.

Date:  December 1, 2021
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE