

**Zabell & Collotta, P.C.**
EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

Counseling and Advising Clients Exclusively on Laws of the Workplace

Zabell & Collotta, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel. 631-589-7242
Fax. 631-563-7475
www.Laborlawsny.com

**Saul D. Zabell, Esq.**
Email: SZabell@laborlawsny.com

June 16, 2022

*VIA* ELECTRONIC CASE FILING

The Honorable Katherine P. Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



**MEMO ENDORSED**

Re: Karen Wegmann v. Young Adult Institute, Inc., et al.
Case No. 1:15-CV-03815 (KPF)

Your Honor:

We write in connection with Plaintiff's putative Motion regarding the taxation issues previously raised before the Court at the conference held on April 28, 2022. The Parties have conferred and intend to proceed to mediation in an attempt to resolve this dispute as was recommended by Your Honor. Accordingly, the Parties respectfully request that the deadlines associated with the aforementioned motion be adjourned *sine die* so that the Parties may allocate their time and resources toward reaching a resolution.

We thank the Court for its time and attention to this matter. The Parties remain available should Your Honor require additional information in connection with this request.

Respectfully submitted,

ZABELL & COLLOTTA, P.C.

Saul D. Zabell

cc: Client
Counsel of record (*via* Electronic Case Filing)

Application GRANTED. The briefing schedule for Plaintiff's post-trial motion is hereby ADJOURNED *sine die*. The parties are to submit a joint status letter to update the Court as to the parties' progress on these negotiations by October 14, 2022.

The Clerk of Court is directed to terminate the pending motion at docket entry 188.

Dated:   June 17, 2022            SO ORDERED.
         New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE