UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN WEGMANN,<br><br>      Plaintiff,<br><br>      -v.-<br><br>YOUNG ADULT INSTITUTE, INC. and TRUSTEES OF THE SUPPLEMENTAL PENSION PLAN FOR CETAIN MANAGEMENT EMPLOYEES OF YOUNG ADULT INSTITUTE,<br><br>      Defendants. | 15 Civ. 3815 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On January 17, 2023, the Court was notified that the parties reached agreement on all outstanding issues related to Plaintiff's contemplated post-appeal motion through participation in the District's Mediation Program. (Dkt. #194). Accordingly, the Court understands that there will be no post-appeal motion practice in this case. The Court appreciates the parties' and Mediator's work to resolve this matter without motion practice.

  SO ORDERED.

Dated:  January 17, 2023
      New York, New York

                       KATHERINE POLK FAILLA
                       United States District Judge